Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILBERT IRVIN,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTHCARE REALTY TRUST INCORPORATED, JOHN KNOX SINGLETON, TODD J. MEREDITH, JOHN V. ABBOTT, NANCY H. AGEE, EDWARD H. BRAMAN, AJAY GUPTA, JAMES J. KILROY, PETER F. LYLE, and CHRISTANN M. VASQUEZ,<br><br>    Defendants. | Case No: 1:22-cv-02806-WFK-VMS<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Gilbert Irvin hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: June 17, 2022                                          Respectfully submitted,

                                                              **HALPER SADEH LLP**

                                                              By: /s/ Daniel Sadeh
                                                              Daniel Sadeh, Esq.
                                                              667 Madison Avenue, 5th Floor
                                                              New York, NY 10065
                                                              Telephone: (212) 763-0060
                                                              Facsimile: (646) 776-2600
                                                              Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

SO ORDERED.

s/ WFK
_____

Dated: June 17, 2022
      Brooklyn, New York

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE